FILED

09/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0169

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0169

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

KAYLEA LYNN MULLENDORE

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for leave to file overlength brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted leave to file an opening brief of not more than 10,546 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2024